UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (Detroit)

| | |
|---|---|
| KRISTIN D. MALI, individually and as Trustee of the KRISTIN D. MALI REVOCABLE LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 2:16-cv-12865-GAD-APP<br><br>District Judge Gershwin A. Drain<br>Magistrate Judge Anthony P. Patti<br><br>---Main Case--- |
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY J.M. MALI; KRISTIN D. MALI, individually and as Trustee of the KRISTIN D. MALI REVOCABLE LIVING TRUST; PNC FINANCIAL SERVICES GROUP, INC.; CHEMICAL FINANCIAL CORP.; BANK OF AMERICA CORP.; OAKLAND COUNTY, MICHIGAN; and MISSAUKEE COUNTY, MICHIGAN;<br><br>Defendants. | Case No: 2:17-cv-11092-GAD-APP<br><br>District Judge Gershwin A. Drain<br>Magistrate Judge Anthony P. Patti<br><br>--Consolidated Case-- |

**PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY ADJUDGED that Kristin Mali's claim for damages against the United States, set forth in her Complaint in Case No. 2:16-cv-

12865-GAD-APP, *ECF No. 1*, is dismissed with prejudice.  The claim is barred by sovereign immunity.

Date: July 17, 2018

By the Court,

/s/Gershwin  A Drain
Gershwin A. Drain
District Court Judge