# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KIRISTIN D. MALI, individually and
As Trustee of the KRISTIN D. MALI
REVOCABLE LIVING TRUST,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

Case No. 2:16-cv-12865-GAD-APP
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

MAIN CASE

_____/

UNITED STATES,

    Plaintiff,

BRADLEY J.M. MALI; KRISTIN
D. MALI, individually and as
Trustee of the KRISTIN D. MALI
REVOCABLE LIVING TRUST;
PNC FINANCIAL SERVICES
GROUP, INC.; CHEMICAL
FINACIAL CORP.; BANK OF
AMERICA CORP.; OAKLAND
COUNTY MICHIGAN; and
MISSAUKEE COUNTY,
MICHIGAN,

    Defendants.

Case No. 2:17-cv-11092-GAD-APP
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

CONSOLIDATED CASE

_____/

TROTT LAW, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

**DEFENDANT BANK OF AMERICA, N.A.'S
UNOPPOSED MOTION TO APPEAR AT
SETTLEMENT CONFERENCE TELEPHONICALLY**

1

NOW COMES Defendant, Bank of America, N.A. (hereinafter referred to as BANA), by and through its attorneys, TROTT LAW, P.C., by Bree Anne Stopera, and for its Unopposed Motion Appear at Settlement Conference Telephonically, relies on its Brief in Support.

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

## DEFENDANT BANK OF AMERICA, N.A.'S BRIEF IN SUPPORT OF ITS UNOPPOSED MOTION TO APPEAR AT SETTLEMENT CONFERENCE TELEPHONICALLY

BANA seeks an Order allowing a representative with full settlement authority to appear by phone for the Settlement Conference scheduled for March 13, 2019 at 10:00 a.m. Counsel for BANA will attend the conference in person.

BANA's interest in this matter is limited solely to its mortgage on the property commonly known as 1990 Lone Pine Rd., Bloomfield Hills, MI 48302 (the "Property"). Said mortgage is dated February 25, 2008 in the original amount of $280,000.00, and was recorded March 6, 2008 in Liber 40077, Page 306, Oakland County Records. *See* Mortgage, **Exhibit A**. As a party named solely due to its secured interest in the Property, BANA's presence in a potential trial would not be material.

Counsel for the remaining parties do not oppose BANA's Motion and a proposed Order will be filed concurrently with this Motion and Brief.

WHEREFORE Defendant, Bank of America, N.A. prays that the that the Court enters the proposed Order Allowing BANA's Representative with Settlement Authority Appear Telephonically at the March 13, 2019 Settlement

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

Conference; and that this Honorable Court grant such other and further relief as this Court shall deem just and appropriate under the circumstances.

Respectfully submitted,

TROTT LAW, PC

Dated: 3.5.19

Bree Anne Stopera (P71734)
Attorneys for Defendant
Bank of America, N.A.
31440 Northwestern Hwy., Ste. 200
Farmington Hills, MI  48334
(248) 642.2515

TROTT LAW, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KIRISTIN D. MALI, individually and As Trustee of the KRISTIN D. MALI REVOCABLE LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 2:16-cv-12865-GAD-APP<br>District Judge Gershwin A. Drain<br>Magistrate Judge Anthony P. Patti<br><br><br><br>MAIN CASE |
| UNITED STATES,<br><br>Plaintiff,<br><br>BRADLEY J.M. MALI; KRISTIN D. MALI, individually and as Trustee of the KRISTIN D. MALI REVOCABLE LIVING TRUST; PNC FINANCIAL SERVICES GROUP, INC.; CHEMICAL FINACIAL CORP.; BANK OF AMERICA CORP.; OAKLAND COUNTY MICHIGAN; and MISSAUKEE COUNTY, MICHIGAN,<br><br>Defendants. | Case No. 2:17-cv-11092-GAD-APP<br>District Judge Gershwin A. Drain<br>Magistrate Judge Anthony P. Patti<br><br><br><br>CONSOLIDATED CASE |

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

## CERTIFICATE OF SERVICE

1

I hereby certify that on March 5, 2019, I caused to be electronically filed the attached ***Defendant Bank of America, N.A.'s Unopposed Motion to Appear at Settlement Conference Telephonically*** and this ***Certificate of Service*** with the Clerk of the Court using the ECF system which will provide e-mail notice to:

Bradley G. Benn
bennb@oakgov.com

Mark C. Pierce
mpierce@pft-law.com

Patrick D. Schefsky
pschefsky@pdkg.com

Larry Steven Schifano
l.steven.schifano@usdoj.gov

Michael R. Wernette
mike@wernetteheilman.com

Michael R. Wernette
mike@wernettecheilman.com

Karen Wozniak
Karen.e.wozniak@usdoj.gov

Pingping Zhang
Pingpin.zhang@usdoj.gov

TROTT LAW, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

2

and further certifies that a copy of same was mailed via first class mail, by placing same in an envelope with sufficient postage thereon, and depositing same in the United States mail in Farmington Hills, MI to:

John H. Gretzinger
Mika Meyers PLC
900 Monroe Avenue NW
Grand Rapids, MI  49503

I declare under the penalty of perjury that the statements above are true to the best of my information, knowledge, and belief.

                              Respectfully Submitted,

                              TROTT LAW, P.C

                              /s/ Bree Anne Stopera
                              Bree Anne Stopera (P71734)
Dated: March 5, 2019               Attorney for Defendant
                              Bank of America, N.A.

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE (248) 642-2515
FACSIMILE (248) 205-4118