UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIN MALI,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

Case No. 16-cv-12865

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER MOOTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#38]

Pending before the Court is Plaintiff Kristin Mali's Motion for Summary Judgment, filed on July 2, 2018. Dkt. No. 38. On March 13, 2019, the parties in this matter appeared for a settlement conference before Magistrate Judge Elizabeth A. Stafford. The parties reached a settlement at the conference.

Accordingly, Plaintiff's Motion for Summary Judgment is now MOOT. This Court will dismiss Plaintiff's Motion as moot.

IT IS SO ORDERED.

Dated:    March 15, 2019

                                        s/Gershwin A. Drain
                                        HON. GERSHWIN A. DRAIN
                                        United States District Court Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 15, 2019, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager